IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JUSTIN KADEEM KRUEL**                                                                                   **PLAINTIFF**

V.                            **CASE NO. 5:24-CV-5006**

**PROSECUTING ATTORNEY MATT DURRETT**
**and WASHINGTON COUNTY SHERIFF'S DEPARTMENT**           **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 8) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and no party filed objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, the case is dismissed **WITHOUT PREJUDICE** on the grounds that it is asserted against a defendant who is immune from suit and fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915A(b).

**IT IS SO ORDERED** on this 13th day of March, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE